IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL J. KRIZ, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3254 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| 12TH JUDICIAL DISTRICT BOARD OF MENTAL HEALTH OF BOX BUTTE COUNTY, et al., | ) ) ) | |

The undersigned Magistrate Judge has received notice that Matthew T. Knoblauch, Esq., of Knoblauch Law Office, has agreed to a court-appointment to represent the plaintiff, Michael J. Kriz, as his attorney in the above-entitled case.

THEREFORE, IT IS ORDERED:

1. That Matthew T. Knoblauch, Esq. is appointed to represent the plaintiff as his attorney in the above-entitled litigation;

2. That within fifteen (15) days of the date of this Order, Mr. Knoblauch shall enter an appearance in this case and shall contact the plaintiff to make arrangements to confer in person or by telephone with the plaintiff; if Mr. Knoblauch experiences any difficulty obtaining access to his client, he may file a motion or report, ex parte or otherwise, with the court;

3. That Mr. Knoblauch is appointed to assist the plaintiff for all purposes in connection with this litigation, including, without limitation, amending the pleadings, filing motions, responding to motions, conducting such discovery as may be necessary, and retaining such witness(es) as may be needed;

4. That Mr. Knoblauch shall prepare such advance "Application(s) for Authorization to Incur Expenses" and "Request(s) for Reimbursement" as may be appropriate to obtain reimbursement for litigation costs payable from the Federal Practice Fund in accordance with NEGenR 1.2(i), 1.7(g) and the Plan for Administration of the Federal Practice Fund (posted on the court's website at *http://www.ned.uscourts.gov/fpo/crtplans/crtplans.html*);

5. That an Order Setting Schedule for Initial Progression of the Case has recently been entered (filing no. 35); and

      6.      That the Clerk of Court shall send a copy of this Memorandum and Order to the parties and to Mr. Knoblauch.

      DATED this 15th day of September, 2006.

                                                      BY THE COURT:

                                                      s/ F. A. GOSSETT
                                                      United States Magistrate Judge