IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL J. KRIZ, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3254 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| 12th JUDICIAL DISTRICT BOARD OF MENTAL HEALTH OF BOX BUTTE COUNTY, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 39, the Motion for Stay filed on behalf of defendant, Dr. Sanat K. Roy. The court recently appointed counsel to represent the plaintiff, Michael J. Kriz, who is in the custody of the Lincoln Regional Center pursuant to a judgment that he is mentally ill and dangerous rendered by the 12th Judicial District Board of Mental Health of Box Butte County in 1992. In filing no. 39, defendant's counsel represents that plaintiff's counsel agrees to the requested stay in light of the attorneys' shared belief that "this case will likely be resolved administratively without the need for additional action on the part of the Court."

THEREFORE, IT IS ORDERED:

1. That filing no. 39, the Motion for Stay, is granted; all discovery activity in this case is stayed for 90 days, as requested; and

2. That, in the absence of a resolution of this case by January 12, 2007, the parties shall file a joint status report, or, if necessary, separate status reports, by that date.

DATED this 16th day of October, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge