IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL J. KRIZ, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3254 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| 12th JUDICIAL DISTRICT BOARD OF MENTAL HEALTH OF BOX BUTTE COUNTY, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

      This matter is before the court on filing no. 44, the Status Report filed by Matthew T. Knoblauch, the attorney appointed to represent the plaintiff, Michael J. Kriz. At the parties' request, a stay of discovery has been in effect in this case in light of the shared belief by the parties' attorneys that "this case will likely be resolved administratively without the need for additional action on the part of the Court" (filing no. 39). In filing no. 44, Mr. Knoblauch states that administrative resolution of this case has not occurred, at least not yet, but the plaintiff has no objection to extending the stay of discovery until after February 21, 2007, the date of the plaintiff's next Treatment Plan Review.

      THEREFORE, IT IS ORDERED:

      1.    That in light of filing no. 44, all discovery activity in this case is stayed until after February 21, 2007; and

      2.    That, in the absence of a resolution of this case by February 21, 2007, the parties shall file a joint status report, or, if necessary, separate status reports, by that date.

      DATED this 17th day of January, 2007.

BY THE COURT:

s/ F.A. GOSSETT
United States Magistrate Judge