IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MICHAEL J. KRIZ,** | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3254 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **12TH JUDICIAL DISTRICT BOARD OF MENTAL HEALTH OF BOX BUTTE COUNTY, et al.,** | ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court after reassignment of this case. **See** Filing No. 53.

A telephone planning and status conference will be held with Magistrate Judge Thomas D. Thalken on **July 18, 2007, at 10:00 a.m. Central Daylight Time** for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. Counsel for the plaintiff shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 10th day of July, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge