IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL J. KRIZ, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>12TH JUDICIAL DISTRICT BOARD OF )<br>MENTAL HEALTH OF BOXX BUTTE )<br>COUNTY, et al., )<br>)<br>Defendants. ) | 4:05CV3254<br><br>ORDER |

This matter is before the court following a telephone conference with counsel for the parties on September 6, 2007.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **September 14, 2007, at 3:30 p.m. Central Daylight Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 7th day of September, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge