**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **MICHAEL J. KRIZ,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **4:05CV3254** |
| vs. ) | |
| ) | **ORDER** |
| **12TH JUDICIAL DISTRICT BOARD OF** ) | |
| **MENTAL HEALTH OF BOX BUTTE** ) | |
| **COUNTY, et al.** ) | |
| ) | |
| **Defendants.** ) | |

On the oral motion of counsel for the plaintiff and with said counsel's representation that no other party objects to the request, the telephone planning conference previously set for September 14, 2007 at 3:30 p.m. is cancelled and is **rescheduled for September 18, 2007 at 11:00 a.m.** with the undersigned magistrate judge. Plaintiff's counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 14th day of September, 2007.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge