IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL J. KRIZ, | ) | |
| Plaintiff, | ) | 4:05CV3254 |
| v. | ) | |
| 12th JUDICIAL DISTRICT BOARD OF MENTAL HEALTH OF BOX BUTTE COUNTY, Sued as County Butte; DR. SANAT K. ROY, in his individual and official capacity, | ) | ORDER |
| Defendants. | ) | |

    Seeking payment from the Federal Practice Fund, pending before me is a Motion for Reimbursement (Filing No. 85). On March 15, 2007, this court entered a Memorandum and Order (Filing No. 48) allowing plaintiff's counsel to incur reasonable expenses in his representation of the plaintiff. The plaintiff has submitted a statement from Latimer Reporting, in the amount of $315.35, for the deposition of defendant Dr. Sanat Roy. Accordingly,

    IT IS ORDERED that the Motion for Reimbursement from the Federal Practice Fund (Filing No. 85) in the amount of $315.35 is granted.

    A copy of this Memorandum and Order shall be provided to Pat Williamson of the Clerk's Office so that he may make the appropriate bookkeeping entry for the Federal Practice Fund.

    DATED this 8th day of May, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge