## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MICHAEL J. KRIZ,** | ) | |
| | ) | **4:05CV3254** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **DR. SANAT K. ROY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court *sua sponte.*  On June 25, 2008, the court ordered the parties to file a written report of their meeting pursuant to Fed. R. Civ. P. 26(f) within fifteen days of the order which was issued on June 25, 2008.  **See** Filing No. 87.  No such report has been filed.

Accordingly,

**IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) **on or before August 11, 2008, or** show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED this 30th day of July, 2008.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge