IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL J. KRIZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>DR. SANAT K. ROY,<br><br>    Defendant. | 4:05CV3254<br><br>ORDER |

This matter is before the court following a telephone conference with counsel for the parties on October 24, 2008.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued pending the resolution of the pending motion for summary judgment (Filing No. 106). Within seven (7) business days of the resolution of the motion for summary judgment, plaintiff's counsel shall schedule and initiate telephone conference with opposing counsel and the undersigned magistrate judge for purposes of scheduling this matter to trial.

DATED this 24th day of October, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge