IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL J. KRIZ, | |
| Plaintiff, | 4:05CV3254 |
| v. | |
| DR. SANAT K. ROY, in his individual and official capacity, | ORDER |
| Defendant. | |

This matter is before the court on plaintiff's notice of appeal, Filing No.120, and motion to appeal in forma pauperis, Filing No. 121.  The court previously granted plaintiff in forma pauperis status in this case.  Filing No. 11.  Plaintiff has provided the court with his trust account statement, Filing No. 122, which shows he is without funds to pay for his appeal.  The court has reviewed the motion and the trust account statement and finds the motion should be granted.

THEREFORE, IT IS ORDERED that plaintiff's motion to proceed in forma pauperis, Filing No. 121, is granted.

DATED this 17th day of April, 2009.

BY THE COURT:


s/ Joseph F. Bataillon
Chief District Judge